**MILON PLUAS LLP**
ANGEL D. PLUAS (SBN 256478)
angel@milonpluasllp.com
JOSE L. VALDEZ (SBN 341234)
jose@milonpluasllp.com
20 North Raymond Ave., Suite 350
Pasadena, CA 91103
Tel.: (626) 229-0844
Fax: (626) 389-5451

Attorneys for Plaintiff
MARIA SANCHEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SANCHEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., a Corporation; and DOES 1-10 Inclusive,<br><br>Defendants. | Case No. 5:23-cv-02352-DMG-SHK<br><br>**DECLARATION OF JOSE VALDEZ IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEF IN OPPOSITION TO DEFENDANTS' SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION**<br><br>[*Filed concurrently with Plaintiff's Opposition to Defendants' Motion for Summary Judgment, Plaintiff's Objections and [Proposed] Order, Plaintiff's Declarations and Index of Exhibits*]<br><br>[*Assigned to the Hon. Dolly M. Gee; Magistrate Judge Shashi H. Kewalramani*] |

# DECLARATION OF JOSE VALDEZ

I, Jose Valdez, declare as follows:

1. I am an attorney licensed to practice law in all courts of the State of California and am an associate attorney at Milon Pluas, LLP, the attorney of record for Plaintiff Maria Sanchez in the above-captioned action. The following is within my personal knowledge with the exception of those matters that are alleged based on information and belief as to which I believe them to be true and if called to testify thereto I could and would competently do so.

2. I submit this declaration in support of Plaintiff's Supplemental Brief in Opposition to Defendant Walmart, Inc's Supplemental Brief in support of Defendant's Motion for Summary Judgment or in the Alternative Partial Summary Judgment.

3. Attached hereto as **Exhibit 35** is a true and correct copy of Sedgwick's Client Intermittent Leave Information, bates labeled WM-SANCHEZ_2672-2685, produced by Defendant in response to Plaintiff's Request for Production of Documents, Set One on April 19, 2024.

4. Attached hereto as **Exhibit 36** is a true and correct copy of the email chain regarding Plaintiff's Intermittent Approval Notice, bates labeled WM-SANCHEZ_2541-2542, produced by Defendant in response to Plaintiff's Request for Production of Documents, Set One on April 19, 2024.

5. Attached hereto as **Exhibit 37** is a true and correct copy of the email chain regarding Plaintiff's Leave request, bates labeled WM-SANCHEZ_499-502, produced by Defendant in response to Plaintiff's Request for Production of Documents, Set One on April 19, 2024.

6. Our firm took the deposition of Marisol Orejel on January 2, 2025. Attached hereto as **Exhibit 38,** is a true and correct copy of the relevant pages of the deposition transcript.

7. Our firm took the deposition of Kristina Hernadez on January 3, 2025.

Attached hereto as **Exhibit 39,** is a true and correct copy of the relevant pages of the deposition transcript.

8.  Our firm defended the deposition of Plaintiff Maria Sanchez on July 3, 2024. Attached hereto as **Exhibit 40,** is a true and correct copy of the relevant pages of the deposition transcript.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on June 13, 2025, at Pasadena, California.

_____
JOSE VALDEZ