RACHEL L. McCLINTOCK, SB# 262006
 E-Mail: Rachel.McClintock@dinsmore.com
EMILY R. WHITE, SB #325886
 E-Mail: Emily.White@dinsmore.com
DINSMORE & SHOHL LLP
550 S. Hope Street, Suite 1765
Los Angeles, California 90071
Telephone: 213.335.7736

Attorney for Defendant
WALMART INC.

**MILON PLUAS LLP**
ANGEL D. PLUAS (SBN 256478)
angel@milonpluasllp.com
JOSE L. VALDEZ (SBN 341234)
jose@milonpluasllp.com
20 North Raymond Ave., Suite 350
Pasadena, CA 91103
Tel.: (626) 229-0844
Fax: (626) 389-5451

Attorneys for Plaintiff
MARIA SANCHEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SANCHEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., a Corporation; and DOES 1-10 Inclusive,<br><br>Defendant. | Case No.: 5:23-cv-02352-DMG-SHK<br><br>**JOINT STATUS REPORT RE SETTLEMENT**<br><br>Judge: Hon. Dolly M. Gee<br>Complaint Filed:   October 9, 2023<br>Trial Date:       September 23, 2025 |

1

JOINT STATUS REPORT RE SETTLEMENT

Plaintiff Maria Sanchez ("Sanchez" or "Plaintiff") and Defendant Walmart, Inc. ("Defendant") (collectively, "the Parties") file this Joint Statement Regarding the Status of Settlement pursuant to the Court's Scheduling Order (ECF 58):

1. The Parties participated in a mediation on January 13, 2025. The Parties did not resolve the matter at the mediation.

2. The Parties have scheduled a second mediation for July 29, 2025.

As of the date of this filing, the Parties have been unable to resolve this matter.

Respectfully submitted,

Dated:  July 8, 2025                                    DINSMORE & SHOHL LLP

By:  /s/ Emily R. White
Rachel L. McClintock
Emily R. White
Attorney for Defendant,
WALMART  INC.

Respectfully submitted,

Dated: July 8, 2025                                    MILON PLUAS LLP

By:
Angel Pluas
Jose L. Valdez
Attorneys for Plaintiff,
Maria Sanchez

JOINT STATUS REPORT RE SETTLEMENT