**MILON PLUAS LLP**
ANGEL D. PLUAS (SBN 256478)
angel@milonpluasllp.com
JOSE L. VALDEZ (SBN 341234)
jose@milonpluasllp.com
20 North Raymond Ave., Suite 350
Pasadena, CA 91103
Tel.: (626) 229-0844
Fax: (626) 389-5451

Attorneys for Plaintiff
MARIA SANCHEZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SANCHEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., a Corporation; and DOES 1-10 Inclusive,<br><br>Defendants. | Case No.: 5:23-cv-02352-DMG-SHK<br><br>**NOTICE OF SETTLEMENT**<br><br>Action Filed:   October 9, 2023<br>Trial Date:      September 23, 2025 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT:**

**PLEASE TAKE NOTICE** that the above-referenced action has been settled, subject to an agreement to terms in a long-form settlement agreement. The parties are currently in the process of finalizing a long-form settlement agreement. All parties respectfully request that all Court hearings and deadlines be vacated pending the execution of the long-form settlement agreement. The parties will notify the Court promptly upon execution of the settlement agreement and will file

-1-
Notice of Settlement

a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a) no later than November 10, 2025.

DATED: August 12, 2025                    **MILON PLUAS LLP**

By: _____
Angel Pluas
Jose Valdez
Attorneys for Plaintiff

# **CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 20 N. Raymond Ave., Suite 350, Pasadena, CA 91103.

On August 12, 2025, I served the foregoing document described as

**NOTICE OF SETTLEMENT**

on the interested parties in this action as follows:

☒ By placing true copies enclosed in a sealed envelope addressed to each addressee as follows:

RACHEL L. McCLINTOCK,          *Attorney for Defendant*
    E-Mail: Rachel.McClintock@dinsmore.com   WALMART INC.
EMILY R. WHITE,
    E-Mail: Emily.White@dinsmore.com
**DINSMORE & SHOHL LLP**
550 S. Hope Street, Suite 1765
Los Angeles, California 90071

☒ BY EMAIL:

☒ Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I hereby certify that this document was served from Pasadena, California, by e-mail delivery on the parties listed herein at their most recent known e-mail address or e-mail of record in this action

Executed on August 12, 2025, at Los Angeles, California.

☒ FEDERAL  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Gladis Gomez                               *[signature]*